Color Photography Company v. John J. Donohue.— Motion denied, with ten dollars costs. Order to be settled on notice.

Charles D. Horn v. Fifth Avenue Coach Company.— Application dismissed, with ten dollars costs. Order signed.

Charles D. Horn v. Fifth Avenue Coach Company.— Motion denied, with ten dollars costs.

In the Matter of David H. Solotaroff.— Proceeding dismissed. Order to be settled on notice.

Timothy J. Murphy, Respondent, v. Louis M. Newgass and Others, Composing the Firm of M. Newgass & Son, Appellants.— Judgment reversed and a new trial ordered before another referee, with costs to appellants to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $11,634.61; in which event the judgment as so reduced will be affirmed, without costs. No opinion. Order to be settled on notice.

Margaret L. Kelley, Respondent, v. Andrew B. Carton, Appellant.— Order affirmed, with costs. No opinion.

Michael Maloney, Appellant, v. Randolph Hurry, Respondent.— Judgment and order affirmed, with costs. No opinion.

Anna Segeritz, Appellant, v. Grand Lodge, Ancient Order of United Workmen of the State of New York, Respondent.— Judgment affirmed, with costs. No opinion.

John C. Calhoun, Appellant, v. Commonwealth Trust Company of New York, Respondent.— Judgment affirmed, with costs. No opinion.

John J. Gillen, Appellant, v. New York Butchers' Dressed Beef Company, Respondent.— Judgment affirmed, with costs. No opinion.

Frederick J. Sterner, Appellant, v. The Arthur H. Crist Company, Respondent.— Judgment affirmed, with costs. No opinion.

Frederick Habenicht, Respondent, v. Hencken & Willenbrock Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

The People of the State of New York ex rel. Yetta Bondwin, Respondent, v. Isaac Goldstein, Appellant.— Order affirmed. No opinion.

Nathan Goodstein, Respondent, v. Abraham Fisher, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jacob W. Bermant, Surviving Partner of Andrew J. Skinner, Deceased, Respondent, v. Adolph Behn, Appellant, Impleaded with Mamie Behn, His Wife, and Others.— Judgment affirmed, with costs. No opinion.

Jacob Blaustein, Appellant, v. Rebecca Blaustein, Respondent.— Judgment and order affirmed, with costs. No opinion.

Louis Peirano, Respondent, v. Paul Elliott, Appellant.— Judgment affirmed, with costs. No opinion.

Julia Bokor, Respondent, v. H. Koehler & Company, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $3,161.82; in which event the judgment as so reduced and the order appealed from will be affirmed, without costs. No opinion. Order to be settled on notice.